1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  AARON D. WEGNER (CABN 243809)
   Assistant United States Attorney
5
       1301 Clay St., 3rd Floor
6      Oakland, California 94612
       Telephone: (510) 637-3740
7      Fax: (510) 637-3724
       E-Mail: aaron.wegner@usdoj.gov
8
   Attorneys for the United States
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,           )  CASE NO. CR-14-00237 JST
                                         )
14 |     Plaintiff,                      )  STIPULATION AND [PROPOSED] ORDER
                                         )  CONTINUING STATUS CONFERENCE AND
15 |  v.                                 )  EXCLUDING TIME FROM THE SPEEDY TRIAL
                                         )  ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A))
16 | ANTHONY KESLINKE,                   )
                                         )
17 |     Defendant.                      )
                                         )
18                                       )
                                         )
19 _____ )

20

21      The defendant appeared for a status conference in front of the Court on November 21, 2014. At

22 the status conference, the defendant requested additional time to review discovery in the case. At the

23 request of the parties, the Court scheduled the next status conference on January 9, 2015, at 9:30 a.m.

24 Furthermore, the parties agreed that excluding time until January 9, 2015, would be appropriate to allow

25 defense counsel time to review the large amount of discovery in the case.

26      Therefore, the parties agree, and the Court finds and holds, as follows:

27      1. The defendant is currently out of custody.

28

STIP AND [PROPOSED] ORDER TO EXCLUDE TIME
CR-14-00237 JST

2. Given the need for additional time for defense counsel to review discovery, an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv), is appropriate to allow for effective preparation of counsel, taking into account the exercise of due diligence.  The defendant agrees to this exclusion on the condition that his right to bring motions claiming Speedy Trial Act violations prior to November 21, 2014, shall remain preserved.

3. Counsel for the defendant believes that the exclusion of time is in her client's best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding the period from November 21, 2014, through January 9, 2015, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

5. Accordingly, the Court orders that the period from November 21, 2014, through January 9, 2015, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: November 24, 2014                                /s/
                                                                    AARON D. WEGNER
                                                                    Assistant United States Attorney

DATED: November 24, 2014                                /s/
                                                                    MARTHA BOERSCH
                                                                    Attorney for Anthony Keslinke

IT IS SO ORDERED.

DATED:  November 24, 2014
                                                                    HON. JON S. TIGAR
                                                                    United States District Judge

STIP AND [PROPOSED] ORDER TO EXCLUDE TIME
CR-14-00237 JST