MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

RAVEN M. NORRIS (CABN 232868)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6915
    FAX: (415) 436-6978
    Raven.Norris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 14-00237-JST |
| Plaintiff, | STIPULATION AND ~~[PROPOSED]~~ ORDER RE PAYMENT OF CRIMINAL MONETARY PENALTIES INTO COURT REGISTRY BEFORE SENTENCING |
| v. | |
| ANTHONY KESLINKE, | |
| Defendant. | |

The United States and defendant Anthony Keslinke, by and through their respective counsel, hereby stipulate and agree as follows:

1.    In the Plea Agreement entered on May 22, 2015, defendant Keslinke agreed to pay $1,359,130 in restitution upon entry of his guilty plea.

2.    Defendant Keslinke has agreed to deposit the funds with the Clerk of the United States District Court in advance of sentencing for payment of restitution.

////

////

////

/////

1      3.    The parties therefore jointly request that the Court issue this Proposed Order authorizing

2  the Clerk to accept defendant's restitution payments.

3      IT IS SO STIPULATED.

4  Dated: August 10, 2015                MELINDA HAAG
                              United States Attorney

5

6                              /s/ Raven M. Norris
                            RAVEN M. NORRIS
                            Assistant United States Attorney

7

8  Dated: August 10, 2015                /s/ Martha Boersch
                            MARTHA BOERSCH

9                              Attorney for Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER
CR 14-00237-JST            2

1

**[PROPOSED] ORDER**

The Court, having considered the Stipulation Regarding Payment of Criminal Monetary

Penalties, which arises from the plea agreement entered in this case, the Stipulation having been

executed by the United States and defendant's counsel, and good cause appearing, hereby ORDERS as

follows:

1.       The Stipulation is approved; and

2.       The Clerk of Court for the Northern District of California shall accept from the defendant

checks or money orders made payable to "Clerk, United States District Court," and to hold such funds in

the Clerk's Registry, including interest earned thereon, for crediting towards the defendant's restitution

obligation and pending the further order of this Court.

**IT IS SO ORDERED.**

Dated: August 17, 2015

_____
JON S. TIGAR
United States District Judge