BOERSCH SHAPIRO LLP
Martha Boersch (CA Bar No. 126569)
Mboersch@boerschshapiro.com
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 217-3700

Attorney for Defendant
Anthony Keslinke

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY KESLINKE,<br><br>Defendant. | Case No. CR 14-00237 JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING FROM NOVEMBER 13, 2015 TO JANUARY 8, 2016** |

This case is set for a sentencing on November 13, 2015 at 9:30 a.m., in Oakland (Dkt. No. 58). Since the status conference of May 22, 2015, the parties have met and agreed to continue the sentencing hearing date from November 13, 2015 to January 8, 2016. Furthermore, Mr. Keslinke, through his undersigned counsel, has conferred with Probation Officer Karen Mar regarding this stipulation. Ms. Mar stated that she has no objections to the change of date.

Therefore the parties agree, and the court finds and holds, that the date for sentencing in this matter be continued from November 13, 2015 to January 8, 2015, unless otherwise agreed by the parties.

//
//
//
//

IT IS SO STIPULATED:

DATED: September 30, 2015        /s/ Martha Boersch
                                 MARTHA BOERSCH
                                 Attorney for Anthony Keslinke


DATED: September 30, 2015        /s/ Aaron D. Wegner
                                 AARON D. WEGNER
                                 Assistant United States Attorney


**ORDER**

Based on the stipulation of the parties and the record herein,

IT IS SO ORDERED that the date for the sentencing hearing be continued from November 13, 2015 to January 8, 2016.


DATED: __October 1, 2015_____        _____
                                       HON. JON S. TIGAR
                                       United States District Judge