BOERSCH SHAPIRO LLP
Martha Boersch (CA Bar No. 126569)
Mboersch@boerschshapiro.com
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 217-3700

Attorney for Defendant
Anthony Keslinke

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>**v.**<br><br>ANTHONY KESLINKE,<br><br>Defendant. | Case No. CR 14-00237 JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING FROM JANUARY 8, 2016 TO FEBRUARY 12, 2016** |

This case is set for a sentencing on January 8, 2016 at 9:30 a.m., in Oakland (Dkt. No. 65). The parties have agreed to continue the sentencing hearing date from January 8, 2016 to February 12, 2016, so that Mr. Keslinke can continue his efforts to pay the restitution and forfeiture amounts set forth in the plea agreement. Mr. Keslinke, through his undersigned counsel, has conferred with Probation Officer Karen Mar regarding this stipulation. Ms. Mar stated that she has no objections to the change of date.

Therefore the parties agree, and the court finds and holds, that the date for sentencing in this matter be continued from January 8, 2016 to February 12, 2016, unless otherwise agreed by the parties.

//
//
//
//

1  IT IS SO STIPULATED:

2  DATED: December 14, 2015             /s/ Martha Boersch
3                                       MARTHA BOERSCH
                                        Attorney for Anthony Keslinke
4

5

6  DATED: December 14, 2015             /s/ Aaron D. Wegner
                                        AARON D. WEGNER
7                                       Assistant United States Attorney

8

9

10

11                                  **ORDER**

12       Based on the stipulation of the parties and the record herein, IT IS SO ORDERED that the

13  date for the sentencing hearing be continued from January 8, 2016 to February 12, 2016.

14

15  DATED: December 16, 2015             _____
                                        HON. JON S. TIGAR
16                                      United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

2    STIPULATION AND [PROPOSED] ORDER
     CONTINUING SENTENCING
     Case No.: CR 14-00237 JST