BOERSCH SHAPIRO LLP
Martha Boersch (CA Bar No. 126569)
Mboersch@boerschshapiro.com
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 217-3700

Attorney for Defendant
Anthony Keslinke

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 14-00237 JST |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER CONTINUING SENTENCING HEARING FROM FEBRUARY 12, 2016 TO** |
| ANTHONY KESLINKE, | **APRIL 22, 2016** |
| Defendant. | |

   This case is set for a sentencing on February 12, 2016 at 9:30 a.m., in Oakland (Dkt. No. 69). The parties have agreed to continue the sentencing hearing date from February 12, 2016 to April 22, 2016, so that Mr. Keslinke can continue his efforts to pay the restitution and forfeiture amounts set forth in the plea agreement. Mr. Keslinke, through his undersigned counsel, has conferred with Probation Officer Karen Mar regarding this stipulation. Ms. Mar stated that she has no objections to the change of date.

   Therefore the parties agree, and the court finds and holds, that the date for sentencing in this matter be continued from February 12, 2016 to April 22, 2016, unless otherwise agreed by the parties.

//
//
//
//

IT IS SO STIPULATED:

DATED: January 19, 2016        /s/ Martha Boersch
                               MARTHA BOERSCH
                               Attorney for Anthony Keslinke


DATED: January 19, 2016        /s/ Aaron D. Wegner
                               AARON D. WEGNER
                               Assistant United States Attorney


**ORDER**

Based on the stipulation of the parties and the record herein, IT IS SO ORDERED that the date for the sentencing hearing be continued from February 12, 2016 to April 22, 2016 at 9:30 am.


DATED: January 20, 2016_____
                               HON. JON S. TIGAR
                               United States District Judge