BOERSCH SHAPIRO LLP
Martha Boersch (CA Bar No. 126569)
Mboersch@boerschshapiro.com
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 217-3700

Attorney for Defendant
Anthony Keslinke

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>     v.<br><br>ANTHONY KESLINKE,<br><br>          Defendant. | Case No. CR 14-00237 JST<br><br>**STIPULATION AND [PROPOSED]<br>ORDER ALLOWING TRAVEL** |

It is hereby stipulated by and between the United States and Defendant Anthony Keslinke, through undersigned counsel, that he may travel to Chicago, Illinois for his mother's funeral, leaving April 23, 2016, and returning April 25, 2016.  This travel has been approved by Pretrial Services.

IT IS SO STIPULATED:


DATED: April 22, 2016         /s/ Martha Boersch
                              MARTHA BOERSCH
                              Attorney for Anthony Keslinke



DATED: April 22, 2016         /s/ Aaron D. Wegner
                              AARON D. WEGNER
                              Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and the record herein, IT IS SO ORDERED that the defendant may travel to Chicago, Illinois, leaving April 23, 2016 and returning April 25, 2016.

DATED: April 22, 2016

_____
HON. JON S. TIGAR
United States District Judge