BRIAN J. STRETCH (CABN 163973)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

RAVEN M. NORRIS (CABN 232868)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6915
    FAX: (415) 436-6978
    Raven.Norris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 14-00237-JST |
|     Plaintiff, | ) STIPULATION AND ~~[PROPOSED]~~ ORDER FOR |
| | ) APPLICATION OF FUNDS HELD IN COURT |
|     v. | ) REGISTRY TO DEFENDANT'S CRIMINAL |
| | ) MONETARY PENALTIES |
| ANTHONY KESLINKE, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

       The United States and defendant Anthony Keslinke, by and through their respective counsel,

hereby stipulate and agree as follows:

       1.    In the Plea Agreement entered on May 22, 2015, defendant Keslinke agreed to pay

restitution in an amount to be set by the Court, but in no event less than $1,359,130 upon entry of his

guilty plea.

       2.    Defendant Keslinke agreed to deposit the funds with the Clerk of the United States

District Court in advance of sentencing for payment of restitution.

////

////

////

3.     Defendant has paid $1,359,130 into the Clerk's registry pursuant to the Court's Order on August 17, 2015.  *See* Dkt. No. 62.

4.     Sentencing took place on April 22, 2016, at which time District Judge Jon S. Tigar imposed a restitution award of $1,427,130.

5.     The parties therefore jointly request that the Court issue an Order authorizing the Clerk to issue an order in releasing the funds held in the Court Registry and apply the funds toward Defendant's outstanding restitution obligation.

6.     The parties further agree that any interest accrued on the funds held in the registry shall be applied to the fine imposed upon the Defendant on the April 28, 2016 as part of his criminal monetary penalties.

IT IS SO STIPULATED.

Dated: May 19, 2016                          BRIAN J. STRETCH
                                             United States Attorney

                                              /s/ Raven M. Norris
                                             RAVEN M. NORRIS
                                             Assistant United States Attorney

Dated: May 19, 2016                          /s/ Martha Boersch
                                             MARTHA BOERSCH
                                             Attorney for Defendant

1

**[PROPOSED] ORDER**

2       The Court, having considered the Stipulation Regarding Payment of Criminal Monetary

3   Penalties, which arises from the plea agreement entered in this case, the Stipulation having been

4   executed by the United States and defendant's counsel, and good cause appearing, hereby ORDERS as

5   follows:

6       1.      The Stipulation is approved; and

7       2.      The Court hereby directs the Clerk to release $1,359,130, which represents the principal

8   funds already paid by defendant Anthony Keslinke to be applied to Defendant's outstanding restitution

9   obligation as set forth in the April 28, 2016 Judgment. Any accrued interest on the funds held in the

10   registry shall be applied to the outstanding fine issued against Defendant in the April 28, 2016

11   Judgment.

12      **IT IS SO ORDERED.**

13

14   Dated:  May 23, 2016                          _____

15                                                JON S. TIGAR
                                                 United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER
CR 14-00237-JST                           3