BOERSCH SHAPIRO LLP
Martha Boersch (CA Bar No. 126569)
Mboersch@boerschshapiro.com
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 217-3700

Attorney for Defendant
Anthony Keslinke

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 14-00237 JST |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER ALLOWING TRAVEL** |
| ANTHONY KESLINKE, | |
| Defendant. | |

It is hereby stipulated by and between the United States and Defendant Anthony Keslinke, through undersigned counsel, that he may travel to Los Angeles, California to accompany his wife on her business trip and to spend time with his son, leaving June 26, 2016, and returning June 30, 2016. He may also travel to Florida to spend time with family, including his ailing father, leaving July 31, 2016, and returning August 3, 2016. Defendant is to provide all travel and lodging information to Pretrial Services prior to travel and is to notify Pretrial Services upon his return to the Northern District of California. This travel has been approved by Pretrial Services.

IT IS SO STIPULATED:

DATED: April 22, 2016         /s/ Martha Boersch
                              MARTHA BOERSCH
                              Attorney for Anthony Keslinke


DATED: April 22, 2016         /s/ Aaron D. Wegner
                              AARON D. WEGNER
                              Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
ALLOWING TRAVEL
Case No.: CR 14-00237 JST

**ORDER**

Based on the stipulation of the parties and the record herein, IT IS SO ORDERED that the defendant may travel to Los Angeles, California, leaving June 26, 2016 and returning June 30, 2016. IT IS FURTHER ORDERED that the defendant may travel to Florida, leaving July 31, 2016, and returning August 3, 2016.

DATED: June 16, 2016

HON. JON S. TIGAR
United States District Judge