BOERSCH SHAPIRO LLP
Martha Boersch (CA Bar No. 126569)
Mboersch@boerschshapiro.com
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 217-3700

Attorney for Defendant
Anthony Keslinke

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 14-00237 JST |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER EXTENDING SURRENDER DATE** |
| ANTHONY KESLINKE, | |
| Defendant. | |

It is hereby stipulated by and between the United States and Defendant Anthony Keslinke, through undersigned counsel, that the surrender date for the defendant, currently set for September 1, 2016, may be extended for 67 days to November 7, 2016.

The grounds for this stipulation are as follows:

1. Defendant Keslinke was sentenced by this Court of April 22, 2016 to a term of 48 months imprisonment.

2. The Court directed that Mr. Keslinke surrender by 2:00 p.m. on September 1, 2016.

3. The defendant has been seen by two physicians who suspect that he has basal cell carcinoma and his physicians have recommended surgery if that condition is confirmed by biopsies.  The defendant would like the surgery performed before he enters the federal Bureau of Prisons system.

4. The defendant also needs additional time to get his financial situation settled so that his wife and child are provided for while he is in custody.

IT IS SO STIPULATED:

DATED: April 22, 2016          /s/ Martha Boersch_____
                               MARTHA BOERSCH
                               Attorney for Anthony Keslinke


DATED: April 22, 2016          /s/ Matthew McCarthy_____
                               MATTHEW MCCARTHY
                               Assistant United States Attorney


## [PROPOSED] ORDER

Based on the stipulation of the parties and the record herein, IT IS SO ORDERED that the surrender date of Anthony Keslinke is hereby extended from September 1, 2016 to November 7, 2016 at 2:00 p.m..


DATED: August 24, 2016         _____
                               HON. JON S. TIGAR
                               United States District Judge