BOERSCH SHAPIRO LLP
Martha Boersch (CA Bar No. 126569)
Mboersch@boerschshapiro.com
1611 Telegraph Ave., Suite 806
Oakland, CA 94612
Telephone: (415) 217-3700

Attorney for Defendant
Anthony Keslinke

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 14-00237 JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL** |
| v. | |
| ANTHONY KESLINKE, | |
| Defendant. | |

It is hereby stipulated by and between the United States and Defendant Anthony Keslinke, through undersigned counsel, that he may travel to New York to help his brother settle his mother's estate, leaving September 30, 2016, and returning October 5, 2016. Defendant is the named executor on his mother's estate and will be working towards liquidating and dispersing the proceeds of some of her final accounts to her heirs. Defendant is to provide all travel and lodging information to Pretrial Services prior to travel and is to notify Pretrial Services upon his return to the Northern District of California. This travel has been approved by Pretrial Services.

IT IS SO STIPULATED:

DATED: September 19, 2016            /s/ Martha Boersch
                                     MARTHA BOERSCH
                                     Attorney for Anthony Keslinke


DATED: September 19, 2016            /s/ Matt McCarthy
                                     MATT MCCARTHY
                                     Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
ALLOWING TRAVEL
Case No.: CR 14-00237 JST

**ORDER**

Based on the stipulation of the parties and the record herein, IT IS SO ORDERED that the defendant may travel to New York, leaving September 30, 2016 and returning October 5, 2016.

DATED: September 20, 2016

_____
HON. JON S. TIGAR
United States District Judge